IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
January 19, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, § § § | |
| Plaintiff, § § | |
| v. § § | C.A. NO. 5:23-cv-01251-OLG |
| DAVIDE COON AND APRIL ASHBAUGH, § § § § | |
| Defendants. § | |

## AGREED ORDER GRANTING INTERPLEADER AND PARTIAL DISMISSAL WITH PREJUDICE

Plaintiff Primerica Life Insurance Company ("Primerica") and Defendants David Coon and April Ashbaugh (collectively, "Defendants"), comprising all of the parties to this action, have filed their Stipulation for Agreed Order Granting Interpleader and Partial Dismissal with Prejudice (the "Stipulation"). After reviewing the Stipulation and applicable law, the Court finds that Primerica is entitled to interpleader relief and should be dismissed with prejudice. It is therefore

ORDERED that Primerica's claim for interpleader is **GRANTED**; it is further ORDERED that Defendants are enjoined and restrained from instituting or prosecuting further any proceeding in any state or United States court, including this Court, either at law or in equity, against Primerica and its agents arising out of or relating to Primerica's policy no. 0490379937 (the "Policy") and/or Amber Coon's insurance coverage under the Policy (the "Proceeds"); it is further

ORDERED that Primerica and its agents are fully and finally discharged from any further liability, whether to Defendants or otherwise, arising out of or relating to the Proceeds; it is further

ORDERED that all claims, demands, debts, or causes of action that have been asserted (or were assertable) herein by Primerica against Defendants, or by Defendants against Primerica, are **DISMISSED WITH PREJUDICE**; it is further

ORDERED that all claims by and between Defendants shall remain pending before this Court.

SO ORDERED.

SIGNED this  19th  day of January, 2024.

                                                       ORLANDO L. GARCIA
                                                       United States District Judge