# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | | |
| v. | § § | C.A. NO. 5:23-CV-1251 |
| DAVIDE COON AND APRIL ASHBAUGH, | § § § § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

COMES NOW, Cross Claimant, Defendant-in-Interpleader, and Proposed Intervenor Davide Coon, who provides notice that a settlement agreement was reached between him and April Ashbaugh that resolves all claims in this lawsuit including all pending claims asserted through intervention. The settlement is contingent on the Parties executing a release agreement. Because this case involves the disbursement of registry funds, after a release is executed, the Parties will file a Joint Motion to Disburse Registry Funds along with a Motion to Dismiss with Prejudice once a release agreement is executed.

Dated: December 11, 2024.

Respectfully Submitted,

JOHNS LAW GROUP, PLLC

By: */s/ Jeremiah N. Johns*

JEREMIAH N. JOHNS
Texas Bar No. #24108002
1 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel:   (954) 526-5080
Fax:   (866) 200-2747
jjohns@johnslawgroup.com

ATTORNEY FOR DAVIDE COON

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

*/s/ Jeremiah N. Johns*
Jeremiah N. Johns