**FILED**
December 12, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. SA-23-CV-1251-OLG |
| DAVIDE COON and APRIL ASHBAUGH, | § § § § | |
| Defendants. | § | |

## ORDER FOR DISMISSAL PAPERS

On Wednesday, December 11, 2024, the Court was advised that the parties reached a settlement of this interpleader action. *See* Dkt. No. 41. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby **ORDERED** that:

1) The parties shall jointly submit an agreed motion to dismiss and an agreed final judgment specifying the manner in which the funds shall be disbursed from the registry on or before **Monday, February 3, 2025**. If the parties are unable to submit those documents by that date, they may move for an extension of time to file the documents.

2) All pretrial deadlines in this case are hereby **STAYED** pending the submission of the above documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are **DENIED**, subject to re-urging should settlement fail.

4) No extensions of the above deadline shall be granted except upon a showing of good cause.

5) The Court hereby administratively **CLOSES** this case pending the filing of dismissal papers. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

1

It is so **ORDERED.**

**SIGNED** this 12th of December, 2024.

_____
ORLANDO L. GARCIA
United States District Judge