**FILED**
January 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DAVIDE COON, *et al.*, <br><br> Defendants. | Case No. 5:23-cv-1251-OLG |

**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT**

On the Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement filed by Defendants Davide Coon and April Ashbaugh, the Court finds, adjudges, and orders as follows:

1. On October 4, 2023, Primerica Life Insurance Company ("Primerica") initiated this suit concerning a dispute over the death benefit of a life insurance policy insuring the life of Amber Coon, who died on July 8, 2023. (ECF No. 1).

2. On or about December 13, 2023, Primerica deposited the disputed insurance death benefit and applicable interest totaling $401,356.16 (the "Funds") into the registry of the Court.

3. On January 16, 2024, the Court issued an Order granting Primerica interpleader relief and dismissing it as a party. (ECF No. 18).

The remaining parties have resolved their dispute and submitted a Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement, evidencing the financial terms of the settlement. Therefore, pursuant to the agreement of the parties, and the record in this matter:

2

**IT IS ORDERED** that from the registry Funds, Davide Coon is entitled to and the Clerk shall disburse to him Two Hundred Thousand Six Hundred Seventy-Eight Dollars and Eight Cents ($200,678.08), plus 50% of any accumulated interest, less 50% of any registry fees, payable to: "Johns Law Group, PLLC IOLTA" and mailed to: Jeremiah Johns, Johns Law Group, PLLC, 1 E. Broward Blvd. Suite 700, Fort Lauderdale, FL 33301.

**IT IS FURTHER ORDERED** that from the registry Funds, April Ashbaugh is entitled to and the Clerk shall disburse to her Two Hundred Thousand Six Hundred Seventy-Eight Dollars and Eight Cents ($200,678.08), plus 50% of any accumulated interest, less 50% of any registry fees, payable to: "Interpleader Law, LLC IOLTA" and mailed to: Michael Hoover, Interpleader Law, LLC, 5800 One Perkins Place Dr., Suite 2A, Baton Rouge, LA 70808.

**IT IS FURTHER ORDERED** that this matter is hereby dismissed with prejudice, with each party bearing its own costs.

**SIGNED** this 10th day of January, 2025.

_____
ORLANDO L. GARCIA
United States District Judge